UNITED STATE DISTRICT COURT
FOR THE SOUTHER DISTRIC OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br> Plaintiff, | ) <br> ) CASE NO.: **CR210-006** <br> ) |
| VS | ) <br> ) |
| **DONALD DUANE SCHAFF**, <br> Defendant. | ) <br> ) <br> ) |

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2010 FEB 16  P 2: 14

CLERK_____
SO. DIST. OF GA.

### DEFENDANT'S MOTION FOR FUNDS TO EMPLOY A COMPUTER FORENSICS EXPERT

**COMES NOW** Defendant, **DONALD DUANE SCHAFF**, by and through his undersigned attorney, and moves the Court for funds to employ a defense Computer Forensics Expert.  Counsel has met with the client and is aware of certain indicators that alert counsel to the need for a Computer Forensics Expert on the defense team, all as provided for by *Ake v Oklahoma*, 470 US 68 (1985).

Defendant requests that he be allowed to make his showing ex-parte as to the expert in question.

Respectfully submitted this ___16___ day of February, 2010.

_____
Jeffrey R. Berry
Attorney for Defendant

1618 Ellis Street
Brunswick, Georgia 31520
(912) 267-1144
Georgia Bar No. 055450

UNITED STATE DISTRICT COURT
FOR THE SOUTHER DISTRIC OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>VS<br><br>DONALD DUANE SCHAFF,<br>    Defendant. | )<br>)<br>)  CASE NO.: **CR210-006**<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all counsel of record with a copy of the following:

### DEFENDANT'S MOTION FOR FUNDS TO EMPLOY A COMPUTER FORENSICS EXPERT

**TO:**   Jeffrey J. Buerstatte
Assistant United States Attorney
801 Gloucester Street, Suite 358
Brunswick, Georgia 31520

By:

_____    depositing a copy in the United States Mail properly addressed and with sufficient postage affixed to insure delivery;

___X___    delivering a copy by hand to the address above;

_____    by faxing a copy to the number:

On this __16__ day of __February__, 2010.

_____
Jeffrey R. Berry
Attorney for Defendant

1618 Ellis Street
Brunswick, Georgia 31520
(912) 267-1144
Georgia Bar No:  055450